No. 778. New Amsterdam Casualty Co. et al. *v.* Craighead Rice Milling Co. C. C. A. 8th. Motion of respondent to supplement the record denied. Certiorari also denied. *Lowell W. Taylor* and *Arthur L. Adams* for petitioners. *Charles Frierson* for respondent.

No. 227, Misc. Schuman *v.* Heinze, Warden. Supreme Court of California. Certiorari denied.

No. 306, Misc. McGough *v.* United States. C. C. A. 6th. Certiorari denied. Petitioner *pro se.* Solicitor General *Perlman*, Assistant Attorney General *Quinn*, *Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 338, Misc. Rockower *v.* New York. Appellate Division of the Supreme Court of New York. Certiorari denied.

No. 385, Misc. Rheim *v.* New York. Appellate Division of the Supreme Court of New York, First Department. Certiorari denied.

No. 387, Misc. Sanders *v.* Johnston, Warden. C. C. A. 9th. Certiorari denied. Petitioner *pro se.* Solicitor General *Perlman*, Assistant Attorney General *Quinn*, *Robert S. Erdahl* and *Joseph M. Howard* for respondent.

No. 401, Misc. De Stubner *v.* United Carbon Co. et al. C. C. A. 4th. Certiorari denied. *Staige Davis* for petitioner. *Donald O. Blagg* and *A. G. Stone* for respondents.

No. 410, Misc. Scott *v.* Johnston, Warden. C. C. A. 9th. Certiorari denied. Petitioner *pro se.* Solicitor

*General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for respondent.

No. 489, Misc.   ALLEN *v.* BURFORD, WARDEN.   Criminal Court of Appeals of Oklahoma.   Certiorari denied.

No. 501, Misc.   SMITH *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 505, Misc.   HEARD *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 506, Misc.   HOWARD *v.* CIRCUIT COURT OF WILL COUNTY, ILLINOIS.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 609.   FULL SALVATION UNION ET AL. *v.* PORTAGE TOWNSHIP, 333 U. S. 851.   Rehearing denied.

No. 617.   BLAIR *v.* UNITED STATES ET AL., 333 U. S. 880.   Rehearing denied.

No. 680.   McRAE *v.* WOODS, HOUSING EXPEDITER, 333 U. S. 882.   Rehearing denied.

No. 304, Misc.   SPRUILL *v.* CAMPBELL, EXECUTOR, 333 U. S. 864.   Rehearing denied.

JUNE 1, 1948.

No. 10.   SCHINE CHAIN THEATRES, INC. ET AL. *v.* UNITED STATES, *ante,* p. 110.   Petition for clarification de-